WATKINS, APPELLANT, *v.* METROHEALTH SYSTEM ET AL., APPELLEES.

[Cite as *Watkins v. MetroHealth Sys.,*
100 Ohio St.3d 1259, 2003-Ohio-6445.]

(No. 2002–2141—Submitted November 4, 2003—Decided December 17, 2003.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent and would reverse the judgment of the court of appeals.

Lester S. Potash, for appellant.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Steven W. Ritz, Assistant Prosecuting Attorney, for appellee MetroHealth System.

Jim Petro, Attorney General, Douglas R. Cole, State Solicitor, Diane R. Brey, Deputy Solicitor, and James P. Mancino, Assistant Attorney General, for appellee Bureau of Workers' Compensation.